UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:22-CV-60-D

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, Plaintiff, v. SHAWN E. GOOD, Defendant. | **ORDER** |

This matter comes before the Court on Defendant's motion to modify the temporary restraining order entered on 20 April 2022. For good cause shown, the motion is GRANTED, and it is hereby ORDERED that the temporary restraining order entered 20 April 2022 is modified to permit Defendant to receive up to $5,000 per month from his mother, Wanda Good, that he may use to pay his living expenses. All other provisions of the temporary restraining order entered at DE-11 on 20 April 2022 remain in effect.

SO ORDERED.

This the 22 day of April, 2022.

*J. Dever*
Honorable James C. Dever III
United States District Judge