UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>   Plaintiff,<br><br>vs.<br><br>SHAWN E. GOOD,<br><br>   Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:22-CV-60-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the defendant is liable for disgorgement in the amount of $3,147,564.75 and prejudgment interest in the amount of $283,483.49, for a total sum of $3,431,048.24. The disgorgement and prejudgment interest in this order are deemed satisfied by the restitution ordered in United States v. Shawn Edward Good, No. 7:22-CR-96 (E.D.N.C.). In light of defendant's 87-month prison sentence, plaintiff has elected to forego the civil penalty. Final judgment includes this order and the terms of the court's permanent injunction of July 15, 2022 at D.E. 27. The clerk SHALL enter judgment against defendant. The court RETAINS jurisdiction to enforce its terms.

This Judgment filed and entered on October 16, 2024, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

October 16, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk